UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
---------------------------------------------------------X

Congetta Heintz,

                Plaintiff,          Civil Action No.: 14-cv-02352-HB

    against

                                 **VERIFIED COMPLAINT AND**
                                 **DEMAND FOR JURY TRIAL**

ARM WNY, LLC and Adam March,

                Defendant.
---------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ADAM MARCH PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Congetta Heintz, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Adam March.

Dated: May 23rd, 2014

                                                **FREDRICK SCHULMAN & ASSOCIATES**

                                                BY: /s/ Renee F. Bergmann
                                                Renee F. Bergmann, Esq.
                                                Fredrick Schulman & Associates
                                                30 East 29th Street
                                                New York, New York 10016
                                                P: 212-796-6053
                                                F: 212-951-7379
                                                Attorneys for Plaintiff