AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14 2352　　　　　　　　　　　　　　　　　　　　　　　　　Job #: 140589

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**FILED**
**JUN 18 2014**
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

This summons for *(name of individual and title, if any)* ARM WNY LLC
was received by me on *(date)* 5/5/14.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Don D'Angelo CEO, Authorized Agent 200 John James Audubon Parkway Suite 300, Amherst, NY 14228, who is designated by law to accept service of process on behalf of *(name of organization)* ARM WNY LLC on *(date)* 5/6/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/9/14

*Server's signature*

Richard Fink
*Printed name and title*

NY Server LLC  218 Main St #382 East Setauket NY 11733  877 358 4515
*Server's address*

Additional information regarding attempted service, etc:

Sex: Male　　Color of skin: White　　Color of hair: Brown　　Glasses:
Age: 36 - 50 Yrs.　　Height: 5ft 4inches - 5ft 8inches　　Weight: 161-200 Lbs.　　Other Features:

*NY SERVER LLC 218 MAIN ST #382 EAST SETAUKET NY 11733 877 358 4515*